**Abatement Order filed July 25, 2019**



In The

# Fourteenth Court of Appeals

————————

NO. 14-19-00363-CV

————————

**CHRISTINE JURZYKOWSKI, Appellant**

**V.**

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY AND THE CITY OF WEATHERFORD, Appellees**

---

**On Appeal from the 261st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-17-006389**

---

## ABATEMENT ORDER

On July 3, 2019, the appellant notified this court that the parties had reached an agreement to settle the issues on appeal, and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **January 17, 2020**. The appeal will be reinstated on this court's

active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.


PER CURIAM